**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FREDY ANIBAL HERNANDEZ MORAN,

                   Petitioner,

  vs.

PAMELA BONDI, *et al.*,

                 Respondents.

Case No.: 2:26-cv-00081-GMN-EJY

**ORDER**

Before the Court is the Status Report, (ECF No. 8), filed by Petitioner Fredy Anibal Hernandez Moran.  Petitioner's appointed counsel explains that she was informed by the government that Petitioner has been deported to Guatemala, his country of citizenship, and seeks dismissal of this case as moot. (Status Report 2:2–4, ECF No. 8).  In its January 30, 2026, Order, the Court ordered that Petitioner not be transferred out of this District except to effectuate his lawful deportation. (Order 3:30–4:2, ECF No. 4).  The Court construes the Status Report as a Motion to Dismiss and orders Respondents to file a Response, not to exceed 5 pages, explaining why Petitioner's deportation was lawful.

Accordingly,

**IT IS HEREBY ORDERED** that Respondents must file, no later than February 20, 2026, a Response to Petitioner's Status Report, (ECF No. 8), not to exceed 5 pages, explaining why Petitioner's deportation was lawful.

**DATED** this __13__ day of February, 2026.

_____

Gloria M. Navarro, District Judge
United States District Court