UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FREDY ANIBAL HERNANDEZ MORAN,

                Petitioner,

vs.

PAMELA BONDI, *et al.*

                Respondents.

Case No.: 2:26-cv-00081-GMN-EJY

**ORDER DISMISSING CASE**

Before the Court is Respondents' Response, (ECF No. 10), to Petitioner's Status Report, (ECF No. 8), as ordered by this Court on February 13, 2026. (*See* Order, ECF No. 9). Respondents represent that Petitioner's Removal Order was initially entered in 2017, and that on May 12, 2025, an Immigration Judge sustained the negative reasonable fear determination. (Resp. 1:22–2:2, ECF No. 10); (*See* IJ Order, Ex. A to Resp., ECF No. 10-1). Petitioner appealed that determination to the Ninth Circuit, and on January 28, 2026, the Ninth Circuit dismissed the petition due to untimeliness. (Resp. 2:2–4). Therefore, this Court is satisfied that the recent removal of Petitioner to Guatemala was lawful.

Accordingly,

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus, (ECF No. 1-1), is **DENIED as moot.**

The Clerk of Court is kindly directed to close this case.

**DATED** this __23__ day of February, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

Page 1 of 1